NO JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS OF HUMANITY, LLC,<br>    Plaintiff,<br>    v.<br>MARC SEBAN, and BARBARA COIGNET,<br>    Defendants. | Case No. CV 12-10627 BRO (JCx)<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>**JUDGMENT ON THE VERDICT** |

0

This action came on regularly for trial on July 29, 2014, in Department of the above-titled court, the Honorable Beverly Reid O'Connell, presiding. The plaintiff CITIZENS OF HUMANITY LLC ("Plaintiff") appearing by attorney John A. Schwimmer and the defendants MARC SEBAN and BARBARA COIGNET ("Defendants"), appearing in pro per.

A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsels, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into court with its unanimous verdict as follows:

1. Do you find that defendant Marc Seban signed the distribution agreement in his individual capacity?

   NO

2. Do you find that defendant Barbara Coignet signed the distribution agreement in his individual capacity?

   NO

It appearing by reason of said verdict that:

Defendants Marc Seban and Barbara Coignet are entitled to judgment against Plaintiff.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Plaintiff take nothing from said Defendants Marc Seban and Barbara Coignet, that the action be dismissed on the merits as to these defendants. Defendants may apply to the Court to recover its fees and costs of action.

**IT IS SO ORDERED.**

Dated: August 7, 2014        _____
                             HONORABLE BEVERLY REID O'CONNELL
                             UNITED STATES DISTRICT COURT JUDGE