# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CITIZENS OF HUMANITY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LAB sarl, a French limited liability company, MARC SEBAN, an individual and BARBARA COIGNET, an individual; and DOES 1 through 20,<br><br>Defendants. | Case No. CV 12-10627 BRO (JCx)<br><br>**JUDGMENT AGAINST LAB sarl** |

Plaintiff Citizens of Humanity, LLC ("Plaintiff") filed the Complaint in this action on August 3, 2012. The Complaint named LAB sarl ("LAB"), Marc Seban and Barbara Coignet as defendants. The Complaint alleged one count of breach of contract against all defendants. On December 19, 2012, LAB filed its Answer and Counterclaim. The Counterclaim contained causes of action against Citizens for breach of written contract, breach of oral contract, breach of implied-in-fact contract, breach of the implied covenant of good faith and fair dealing, promissory estoppel, breach of the implied warranty of merchantability and intentional interference with contract.

1     On March 26, 2014, LAB's counsel requested to withdraw from their representation of LAB, Seban and Coignet.

    On April 7, 2014, the Court set a hearing on the withdrawal request and ordered LAB to obtain substitute counsel.

    On May 19, 2014, the Court granted LAB's former counsel's request to withdraw from the case.  LAB did not secure substitute counsel.  Seban and Coignet appeared in the action *pro se* and proceeded to trial.

    Because LAB did not obtain substitute counsel pursuant to the order of April 7, 2014, the Court invited Citizens to move to strike LAB's Answer and Counterclaim and enter default.   Citizens duly filed such a motion, which was granted on June 25, 2014.

    On July 9, 2014, Plaintiff moved for entry of default judgment against LAB based on LAB's failure to comply with the Court's order to secure substitute counsel.  As set forth in its Order of August 7, 2014, the Court granted that motion and determined that Citizens is entitled to recover an award of $929,000.

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Citizens of Humanity, LLC is entitled to recover an award of $929,000 from defendant LAB sarl.

    IT IS NOW FURTHER ORDERED, ADJUDGED AND DECREED that the Counterclaim of LAB sarl is dismissed with prejudice and that LAB sarl take nothing by its Counterclaim.  This dismissal of the counterclaim operates as an adjudication of the Counterclaim on its merits.  *See* Fed.R.Civ.P 41(b).

**IT IS SO ORDERED.**

Dated:  August 13, 2014

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge